UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

LEMUEL TURTON                                    Case No.: 5-13-04428-JJT
                                                 Chapter 13

    Debtor(s)

NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

| PART 1: | MORTGAGE INFORMATION |
|---|---|
| Creditor Name: | M & T BANK |
| Court Claim Number: | 05 |
| Last Four of Loan Number: | 9407 |
| Property Address if applicable: | 218 STARLIGHT DRIVE, EFFORT, PA 18330 |

**PART 2:**     **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $54050.66 |
| b. | Prepetition arrearages paid by the Trustee: | $12692.89 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $7,512.00 |
| f. | Postpetition arrearages paid by the Trustee: | $1,764.07 |
| g. | Total b, d, f: | $14,456.96 |

**PART 3:**     **POST PETITION MORTGAGE PAYMENT**

Mortgage is paid thru the plan by the Trustee conduit.

Current Monthly Mortgage Payment: $1,689.44

Next postpetition payment due: SEPTEMBER, 2018

If known, Principal Balance Outstanding: UNKNOWN

**PART 4:**     **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: August 22, 2018 Respectfully submitted,

s/ Charles J. DeHart, III, Trustee
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: dehartstaff@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

Re:

LEMUEL TURTON  Case No.: 5-13-04428-JJT
                Chapter 13

Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on August 22, 2018, I served a copy of this Notice of Final Cure on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| LEMUEL TURTON<br>218 STARLIGHT DR.<br>EFFORT, PA 18330 | SERVED BY 1ST CLASS MAIL |
| M&T BANK<br>PO BOX 1288<br>BUFFALO, NY, 14240-1288 | SERVED BY 1ST CLASS MAIL |
| BRADLEY W WEIDENBAUM, ESQUIRE<br>PO BOX 721<br>BRODHEADSVILLE PA, 18322- | SERVED ELECTRONICALLY |

Date: August 22, 2018

s/ Donna Schott
Charles J. DeHart, III, Trustee
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: dehartstaff@pamd13trustee.com