```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                           Case No. 13-04428-JJT
Lemuel Turton                                                    Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-5      User: LyndseyPr        Page 1 of 1         Date Rcvd: Aug 31, 2018
                          Form ID: pdf010        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2018.
       +New York City Transit,   Authority,   Treasury Dept. Room 7085,   130 Livingston Street,    Brooklyn, NY 11201-5106

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                         TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2018 at the address(es) listed below:
      Alexandra Teresa Garcia    on behalf of Creditor    M&T Bank ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
      Ann E. Swartz    on behalf of Creditor    M&T Bank ecfmail@mwc-law.com,   ecfmail@ecf.courtdrive.com
      Bradley Warren Weidenbaum    on behalf of Debtor 1 Lemuel  Turton weidenbaumlaw@gmail.com, G25181@notify.cincompass.com
      Celine P DerKrikorian    on behalf of Creditor    M&T Bank ecfmail@mwc-law.com
      Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com
      James  Warmbrodt    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
      United States Trustee    ustpregion03.ha.ecf@usdoj.gov
      William E. Craig    on behalf of Creditor    Credit Acceptance Corporation ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                                                    TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ) 
 ) CHAPTER 13
LEMUEL TURTON ) 
Debtor. ) 
 ) CASE NO. 5:13-04428
 ) 
 ) ORDER
 ) 
 ) 

ORDER

And Now this 30th day of August, 2018 Debtor's Motion to Terminate his Wage Attachment is hereby GRANTED. IT IS HEREBY ORDERED that the **New York City Transit Authority, Treasury Department Room 7085, 130 Livingston Street, Brooklyn, N.Y. 11201** or applicable department therein **TERMINATE THE ATTACHMENT** of the wages of **Lemuel Turton, employee ID # 1086438** in the bi-weekly sum of $1,200.00 and that no further remittance of said wages be made to Charles DeHart, III Esq. Standing Chapter 13 Trustee located at 8125 Adams Street, Hummelstown, PA 17036

Dated: August 30, 2018

By the Court,

_____
John J. Thomas, Bankruptcy Judge (RPR)