Certificate Number: 05781-PAM-DE-031723156

Bankruptcy Case Number: 13-04428



05781-PAM-DE-031723156

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 6, 2018, at 12:32 o'clock PM PDT, Lemuel Turton completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: October 6, 2018

By: /s/Allison M Geving

Name: Allison M Geving

Title: President